USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

MICRO ELECTRONICS, INC. d/b/a MICRO CENTER,

    Defendant.

Case No. 1:18-cv-05047-PAE
**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
September 20, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Angela J. Gibson, Esq.
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street Suite 3500
Cincinnati, Ohio 45202
ajgibson@vorys.com

Aaron H. Crowell
Clarick Gueron Reisbaum LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
acrowell@cgr-law.com

*Attorneys for Defendant*

SO ORDERED.

9/20/18

_____
PAUL A. ENGELMAYER
United States District Judge